# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| JULIE A. SMITH, | CASE NO. 07cv1838-IEG-NLS |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | (Doc. No. 14.) |
| Defendant. | |

Presently before the Court is plaintiff Jule A. Smith's motion to proceed *in forma pauperis* on appeal. (Doc. No. 14.) Under Rule 24 of the Federal Rules of Appellate Procedure, the district court is the correct forum for such a motion. Based on the information contained in plaintiff's declaration, the Court hereby GRANTS plaintiff *in forma pauperis* standing.

**IT IS SO ORDERED.**

**DATED: June 2, 2008**

                                                         */s/ Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge
United States District Court**